JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

he JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required b w, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the us f the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

. (a) **PLAINTIFFS**
DANA BIBLE

(b) County of Residence of First Listed Plaintiff Richmond County, South Carolina
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**
CERNER CORPORATION, NEAL L. PATTERSON
EARL H. DEVANNY, III, CLIFFORD W. ILLIG,
MARC G. NAUGHTON and GLENN P. TOBIN

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Don R. Lolli, Dysart Taylor Lay Cotter & McMonigle, P.C.
4420 Madison Avenue, Kansas City, Missouri 64111
(816) 931-2700

Attorneys (If Known)

03-0448-CV-W -JTM

## I. BASIS OF JURISDICTION (Place an "X" in One Box Only)

1 U.S. Government Plaintiff
X Federal Question (U.S. Government Not a Party)
2 U.S. Government Defendant
Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box f Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | | | Incorporated *or* Principal Place of Business In This State | | |
| Citizen of Another State | | | Incorporated *and* Principal Place of Business In Another State | | |
| Citizen or Subject of a Foreign Country | | | Foreign Nation | | |

## V. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
110 Insurance
120 Marine
130 Miller Act
140 Negotiable Instrument
150 Recovery of Overpayment & Enforcement of Judgment
151 Medicare Act
152 Recovery of Defaulted Student Loans (Excl. Veterans)
153 Recovery of Overpayment of Veteran's Benefits
160 Stockholders' Suits
190 Other Contract
195 Contract Product Liability

**REAL PROPERTY**
210 Land Condemnation
220 Foreclosure
230 Rent Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
310 Airplane
315 Airplane Product Liability
320 Assault, Libel & Slander
330 Federal Employers' Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury

**PERSONAL INJURY**
362 Personal Injury— Med. Malpractice
365 Personal Injury — Product Liability
368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**CIVIL RIGHTS**
441 Voting
442 Employment
443 Housing/ Accommodations
444 Welfare
440 Other Civil Rights

**PRISONER PETITIONS**
510 Motions to Vacate Sentence
Habeas Corpus:
530 General
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Condition

**FORFEITURE/PENALTY**
610 Agriculture
620 Other Food & Drug
625 Drug Related Seizure of Property 21 USC 881
630 Liquor Laws
640 R.R. & Truck
650 Airline Regs.
660 Occupational Safety/Health
690 Other

**LABOR**
710 Fair Labor Standards Act
720 Labor/Mgmt. Relations
730 Labor/Mgmt.Reporting & Disclosure Act
740 Railway Labor Act
790 Other Labor Litigation
791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
422 Appeal 28 USC 158
423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
820 Copyrights
830 Patent
840 Trademark

**SOCIAL SECURITY**
861 HIA (1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g))
864 SSID Title XVI
865 RSI (405(g))

**FEDERAL TAX SUITS**
870 Taxes (U.S. Plaintiff or Defendant)
871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
400 State Reapportionment
410 Antitrust
430 Banks and Banking
450 Commerce/ICC Rates/etc.
460 Deportation
470 Racketeer Influenced and Corrupt Organizations
810 Selective Service
X 850 Securities/Commodities/ Exchange
875 Customer Challenge 12 USC 3410
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
895 Freedom of Information Act
900Appeal of Fe Determination Under Equal Access to Justice
950 Constitutionality of State Statutes
890 Other Statutory Actions

## . ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

X 1 Original Proceeding
2 Removed from State Court
3 Remanded from Appellate Court
4 Reinstated or Reopened
5 Transferred from another district (specify)
6 Multidistrict Litigation
7 Appeal to Distric Judge from Magistrate Judgment

## I. CAUSE OF ACTION

(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Securities class action under Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5.

## II. REQUESTED IN COMPLAINT:

X CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** Damages, costs and Attorney's fees to be determined at trial

CHECK YES only if demanded in complaint:
**JURY DEMAND:** X Yes No

## III. RELATED CASE(S) IF ANY

(See instructions): JUDGE See Attached DOCKET NUMBER

ATE 5-21-03 SIGNATURE OF ATTORNEY OF RECORD [signature]

OR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

JS 44 Reverse (Rev. 3/99)

# 1(C) PLAINTIFF'S ATTORNEYS

**BERNSTEIN LIEBHARD & LIFSHTIZ, LLP**
Mel E. Lifshitz
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

**ATTORNEYS FOR PLAINTIFF**

# III. RELATED CASES

| | |
|---|---|
| Eugene Pronojust v. Cerner Corp., et al | Not assigned, filed earlier today |
| Case No. 03-00427-DW | The Honorable Dean Whipple |
| Case No. 02-00616-HFS | The Honorable Howard F. Sachs |
| Case No. 03-00296-DW | The Honorable Dean Whipple |
| Case No. 03-00299-RED | The Honorable Robert E. Larsen |
| Case No. 03-00301-GAF | The Honorable Gary A. Fenner |